IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mays, Wanda L | Case Number: 05 B 20034 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 5/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: July 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 41,170.50 | |
| Secured: | | 18,772.74 |
| Unsecured: | | 17,880.23 |
| Priority: | | 0.00 |
| Administrative: | | 2,400.00 |
| Trustee Fee: | | 2,117.53 |
| Other Funds: | | 0.00 |
| Totals: | 41,170.50 | 41,170.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,400.00 | 2,400.00 |
| 2. | Resurgent Capital Services | Secured | 18,772.74 | 18,772.74 |
| 3. | Cavalry Portfolio Services | Unsecured | 1,006.20 | 721.23 |
| 4. | Receivable Acquistion & Management Corp | Unsecured | 2,267.39 | 1,625.20 |
| 5. | Resurgent Capital Services | Unsecured | 8,539.76 | 6,121.12 |
| 6. | Triad Financial Services | Unsecured | 13,131.93 | 9,412.68 |
| 7. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Sprint PCS | Unsecured | | No Claim Filed |
| 14. | Fidelity Information Corp. | Unsecured | | No Claim Filed |
| 15. | Newport News | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | T Mobile USA | Unsecured | | No Claim Filed |
| 18. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Allied Interstate | Unsecured | | No Claim Filed |
| | | | $ 46,118.02 | $ 39,052.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Mays, Wanda L

Printed: 10/29/08

Case Number:  05 B 20034
Judge:  Wedoff, Eugene R
Filed:  5/18/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 111.10 |
| 5.5% | 537.58 |
| 5% | 217.20 |
| 4.8% | 312.78 |
| 5.4% | 762.39 |
| 6.5% | 176.48 |
|  | $ 2,117.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

